# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60433
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 21, 2017

Lyle W. Cayce
Clerk

PATRICIA REED,

Plaintiff-Appellant

v.

MADISON COUNTY, MISSISSIPPI,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-51

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Patricia Reed, an African-American formerly employed by the detention center operated by Defendant-Appellee Madison County, Mississippi, appeals the summary judgment of the district court that dismissed Reed's claim of racial discrimination in her firing. Reed's appeal is based on her assertion of pretext in the County's denial of racial discrimination in hiring a Caucasian to replace Reed. The district court determined that there

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-60433

was no genuine issue of material fact in Reed's claim of pretext and granted the County's Motion for Summary Judgment, dismissing Reed's action.

We have now reviewed the record on appeal, including the briefs of the parties and the district court's extensive Opinion and Order of May 9, 2017, and we are satisfied that the district court's reasoning and conclusion are not merely free of error, but support its Final Judgment dismissing Reed's action with prejudice. We affirm that judgment for essentially the same reasons set forth in the district court's Opinion and Order.

AFFIRMED.